SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C**.
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ROBERT KRAGEN, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 5:16-CV-04644-BLF <br><br> NOTICE OF SETTLEMENT WITH DEFENDANT JPMORGAN CHASE BANK, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff Robert Kragen and defendant JPMorgan Chase Bank, N.A., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The parties anticipate that this matter will be dismissed within 30 days.

Dated:   October 4, 2016

                                **Sagaria Law, P.C.**
                                  /s/ *Elliot Gale*
                                Elliot Gale
                                Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1