1  SCOTT J. SAGARIA (BAR # 217981)
   ELLIOT W. GALE (BAR # 263326)
2  JOE B. ANGELO (BAR # 268542)
   SCOTT M. JOHNSON (BAR # 287182)
3  **SAGARIA LAW, P.C.**
   2033 Gateway Place, 5th Floor
4  San Jose, CA 95110
   408-279-2288 ph
5  408-279-2299 fax

6  Attorneys for Plaintiff
       ROBERT KRAGEN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| ROBERT KRAGEN, | ) Case No. 5:16-cv-04644-BLF |
|---|---|
| Plaintiff, | ) |
| v. | ) **REQUEST FOR VOLUNTARY** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; CITIGROUP, INC.; JPMORGAN CHASE BANK and DOES 1 through 100 inclusive, | ) **DISMISSAL OF CHASE BANK USA, N.A., ERRONEOUSLY SUED AS JPMORGAN CHASE BANK, WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a) AND [PROPOSED] ORDER** |
| Defendants. | ) |

**PLEASE TAKE NOTICE** that Plaintiff Robert Kragen ("Plaintiff"), through his counsel of record, hereby voluntarily dismisses all claims in this action *with prejudice* as to defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank ("Chase"), pursuant to Fed. R. Civ. P. 41(a)(1).  Chase has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Each party shall bear his/its own attorneys' fees and costs.

Dated:  October 26 2016

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
JOE B. ANGELO
SCOTT M. JOHNSON

By: _____*/s/ Elliot Gale*_____
     Elliot Gale

Attorneys for Plaintiff
ROBERT KRAGEN

### [PROPOSED] ORDER

Pursuant to the voluntary dismissal filed by Plaintiff, Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank, is dismissed with prejudice.  IT IS SO ORDERED.

Date: _____   By: _____
                                                Hon. Beth L. Freeman
                                                District Judge of the United States District Court
                                                Northern District of California