1  Scott J. Sagaria (SBN 217981)
   Elliot W. Gale (SBN 263326)
2  Joe Angelo (SBN 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Pl., 5th Floor
   San Jose, CA 95110
4  Telephone:  (408) 279-2288
   Facsimile:  (408) 297-2299
5
   Attorneys for Plaintiff
6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 ROBERT KRAGEN,                        Case No.: 5:16-cv-04644-BLF

12            Plaintiff,

13    v.                                 **STIPULATION FOR DISMISSAL OF
                                         DEFENDANT EXPERIAN
14 EXPERIAN INFORMATION SOLUTIONS,       INFORMATION SOLUTIONS, INC.;
   INC., et al,                          [PROPOSED] ORDER**
15
              Defendants.
16

17

18

19        **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

20        IT IS HEREBY STIPULATED by and between plaintiff Robert Kragen and defendant

21 Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be dismissed

22 from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2),

23 and that each party shall bear its own attorneys' fees and costs.

24 //

25 //

26 //

27 //

28 //

STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.;
                        [PROPOSED] ORDER -1-

DATED: May 2, 2017              **Sagaria Law, P.C.**

                                By:     /s/ Elliot Gale
                                        Elliot Gale
                                        Attorney for Plaintiff Robert Kragen


DATED: May 2, 2017              **Jones Day**

                                By:     /s/ Celia M. Jackson
                                        Celia M. Jackson
                                        Attorney for Defendant Experian
                                        Information Solutions

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Celia M. Jackson has concurred in this filing.

/s/ Elliot Gale

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____              _____
                                 Hon. Beth Labson Freeman
                                 UNITED STATES DISTRICT JUDGE