Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff
Robert Kragen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KRAGEN,<br><br>      Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.,<br><br>      Defendants. | Case No.: 5:16-cv-04644-BLF<br><br>**STATUS REPORT**<br><br>Judge:     Hon. Beth Labson Freeman |

   The plaintiff Robert Kragen ("Plaintiff") hereby submits this Status Report pursuant to the Court's Order Setting Deadline to File Motion for Default Judgment or Status Report [Docket #47].

   **1.  Status Report**

   Plaintiff's counsel has participated in several other lawsuits of similar nature involving defendant Citigroup, Inc. and is familiar with their normal counsel of hire.  Plaintiff has been reaching out to Citigroup's normal counsel of record to attempt to solicit an answer or pleading other pleading in response to Plaintiff's complaint.  It would benefit both parties if Citigroup, Inc. were given the opportunity to make an appearance and litigate the matter.  A default

judgment against Citigroup, Inc. does not guarantee proper credit reporting by Citigroup, Inc. which is the main purpose and goal of Plaintiff's complaint.

WHEREFORE, Plaintiff respectfully requests this Honorable Court grant him and his counsel an additional ten (10) days from the date of this Status Report in which to contact counsel for Citigroup, Inc. and file a further, updated Status Report once, or if, contact is made agree to a deadline for Citigroup, Inc. to file an answer to the complaint.

DATED: November 14, 2017                **Sagaria Law, P.C.**

                                                   By:     /s/ *Elliot Gale*
                                                           Elliot Gale
                                                           Attorney for Plaintiff
                                                            Robert Kragen