Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| ROBERT KRAGEN,<br><br>        Plaintiff,<br><br>    vs.<br><br>EQUIFAX INC.; et. al.,<br><br>        Defendants. | Federal Case No.: 5:16-CV-04644-BLF<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CITIBANK, N.A. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Robert Kragen, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Ctitibank, N.A. as to all claims in this action, without prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Citibank, N.A. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it, without prejudice, for all purposes and without an Order of the Court.


Dated: November 28, 2017                                    Sagaria Law, P.C.


                                                By:  _____/s/ Elliot W. Gale_____
                                                              Elliot W. Gale
                                                Attorneys for Plaintiff
                                                Robert Kragen